UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKBEAT MEDIA LLC, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> FM Entertainment LLC, et al., <br><br> Defendant(s). | 23-CV-7029 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

    Whereas a mediation conference is scheduled for November 30, 2023, at 2:00 p.m., the parties are directed to file a status update on settlement discussions, without disclosing exact offers and demands, by **December 7, 2023**.

    SO ORDERED.

Dated: November 8, 2023
       New York, New York

                                                  DALE E. HO
                                         United States District Judge