UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKBEAT MEDIA LLC, et al.,<br><br>                  Plaintiff(s),<br><br>v.<br><br>FM ENTERNTAINMENT LLC, et al.,<br><br>                  Defendant(s). | 23-CV-7029 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On November 8, 2023, the Court ordered the parties to file on ECF a status update by December 7, 2023. That submission is now overdue. The parties are ORDERED to file a status update by **December 15, 2023**. If relevant, the parties shall indicate whether all claims have been settled in principle.

SO ORDERED.

Dated: December 12, 2023
       New York, New York

                                                   DALE E. HO
                                        United States District Judge